```
                                            F I L E D
                                      CLERK, U.S. DISTRICT COURT

                                           11/07/2025

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY:_____KM_____DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ADAM CHARLES PALERMO,<br>ISMAEL VEGA,<br>YACHUA MAURICIO FLORES,<br>RONALD ALEXIS COREAS,<br>JESUS GONZALEZ-HERNANDEZ JR.,<br>STEFANO DEONG GREEN,<br>BALTO MONTION,<br>HECTOR DANIEL RAMOS, and<br>JUNIOR ROLDAN,<br><br>　　　　Defendants. | 2:25-CR-731(A)-JFW<br><br>**F I R S T**<br>**S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 844(f)(1), (2): Attempted Malicious Damage of Vehicle Owned and Possessed by an Institution or Organization Receiving Federal Financial Assistance Creating a Substantial Risk of Injury to Any Person; 18 U.S.C. § 844(i): Attempted Malicious Damage of Vehicle Used in Activities Affecting Interstate and Foreign Commerce; 18 U.S.C. § 231(a)(3): Obstructing, Impeding, or Interfering with Law Enforcement During Civil Disorder] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(f)(1), (2)]

[DEFENDANT PALERMO]

　　On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ADAM CHARLES PALERMO knowingly and maliciously attempted to damage and destroy, by means

1 of fire, a vehicle, in whole and in part owned and possessed by the
2 California Highway Patrol, an institution and organization receiving
3 Federal financial assistance, and in doing so, created a substantial
4 risk of injury to at least one person.

## COUNT TWO

[18 U.S.C. § 844(i)]

[DEFENDANT PALERMO]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ADAM CHARLES PALERMO knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle used in activities affecting interstate and foreign commerce.

```
 1                              COUNT THREE
 2                  [18 U.S.C. §§ 844(f)(1), (2); (2)(a)]
 3                            [DEFENDANT VEGA]
 4        On or about June 8, 2025, in Los Angeles County, within the
 5   Central District of California, defendant ISMAEL VEGA, and others
 6   known and unknown to the Grand Jury, each aiding and abetting the
 7   other, knowingly and maliciously attempted to damage and destroy, by
 8   means of fire, a vehicle, in whole and in part owned and possessed by
 9   the California Highway Patrol, an institution and organization
10   receiving Federal financial assistance, and in doing so, created a
11   substantial risk of injury to at least one person.
```

```
 1                            COUNT FOUR
 2                      [18 U.S.C. § 844(i); 2(a)]
 3                           [DEFENDANT VEGA]
 4       On or about June 8, 2025, in Los Angeles County, within the
 5  Central District of California, defendant ISMAEL VEGA, and others
 6  known and unknown to the Grand Jury, each aiding and abetting the
 7  other, knowingly and maliciously attempted to damage and destroy, by
 8  means of fire, a vehicle used in activities affecting interstate and
 9  foreign commerce.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

COUNT FIVE

[18 U.S.C. §§ 844(f)(1), (2); (2)(a)]

[DEFENDANT FLORES]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant YACHUA MAURICIO FLORES, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle, in whole and in part owned and possessed by the California Highway Patrol, an institution and organization receiving Federal financial assistance, and in doing so, created a substantial risk of injury to at least one person.

COUNT SIX

[18 U.S.C. § 844(i); 2(a)]

[DEFENDANT FLORES]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant YACHUA MAURICIO FLORES, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle used in activities affecting interstate and foreign commerce.

COUNT SEVEN

[18 U.S.C. § 231(a)(3); 2(a)]

[ALL DEFENDANTS]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendants RONALD ALEXIS COREAS, YACHUA MAURICIO FLORES, JESUS GONZALEZ-HERNANDEZ JR., STEFANO DEONG GREEN, BALTO MONTION, ADAM CHARLES PALERMO, HECTOR DANIEL RAMOS, JUNIOR ROLDAN, ISMAEL VEGA, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, California Highway Patrol officers, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and

//

//

adversely affected commerce and the movement of any article and commodity in commerce and performance of any federally protected function.

                                        A TRUE BILL

                                        /S/
                                        Foreperson

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

JENNA W. LONG
Assistant United States Attorney
National Security Division

NEIL THAKOR
Assistant United States Attorney
General Crimes Section

RAHUL R.A. HARI
Assistant United States Attorney
General Crimes Section